**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Bigfoot 4X4, Inc.

                              Plaintiff,

v.

Case No.: 1:22−cv−05743

Honorable Virginia M. Kendall

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 17, 2022:

    MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 11/17/2022 via Webex. Plaintiff's Motion for extension of Temporary Restraining Order [30] is granted and shall remain in effect up to and including 12/1/2022. The Court will not consider Defendant Li Chuang Yue's Motion to Dismiss [29] unless and appearance is filed. Status hearing set for 12/1/2022 at 9:15 AM. Prior to the hearing, you are directed to cut and paste this hyper link into a browser: https://us−courts.webex.com/join/virginia_kendalli lnd.uscourts.gov If you do not have access to a device with video capability, please use the dial in option: (650)−479−3207, the access code is: 180 698 4009. If you do have access to a device with video capability, you are directed to appear telephonically.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.