UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Bigfoot 4X4, Inc.

                                       Plaintiff,

v.                                             Case No.: 1:22−cv−05743

                                            Honorable Virginia M. Kendall

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 1, 2022:

      MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 12/1/2022 via Webex. Defendant Li Chuang Yue failed to appear. Briefing schedule set as to Motion to Dismiss [32]. Response due by 12/15/2022; Reply due by 12/22/2022. Status hearing set for 2/2/2023 at 9:15 AM. All hearings will be in person. Virtual hearings will be held on Fridays starting 12/9/2022 at 9:30 AM but must be pre−approved by the Court. If you need to appear virtually, send the attached form to Judge Kendall's courtroom deputy. The courtroom deputy will inform you as to whether your request has been approved. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.