**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BIGFOOT 4x4, INC., | ) | |
| | ) | Case No. 22-cv-5743 |
| Plaintiff, | ) | |
| | ) | |
| | ) | Judge Virginia M. Kendall |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff BIGFOOT 4x4, INC. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|-----|-----------|
| 144 | dingzhouxihanshipinyouxiangongsi |
| 152 | FUZHEN KAI |
| 154 | guang zhou shi rong mei jia ju you xian gong si |
| 155 | guangzhoushijinguangfushiyouxiangongsi |
| 161 | jinanmingdidaoluyunshuyouxiangongsi |
| 164 | Kizly |
| 165 | KUDA Industrial |
| 175 | range appliances |
| 181 | Shen Zhen Shi Nan Cai Fen Jia Ju Yong Pin You Xian Gong Si |
| 182 | shen zhen shi si mo shang mao you xian gong si |
| 183 | shen zhen shi tong cai bo shi pin you xian gong si |
| 189 | ShenZhenShiDaRuiYuanShiPinYouXianGongSi |
| 190 | shenzhenshikeshangengongyipinyouxiangongsi |
| 191 | shenzhenshiketeruishangwukejiyouxiangongsi |
| 193 | shenzhenshixianghewanjiajuyongpinyouxiangongsi |
| 194 | shenzhenshiyanlixuankejiyouxiangongsi |
| 197 | Spring Clothing Store |
| 211 | xiangyangjunshengshangmaoyouxiangongsi |
| 216 | Youngfulfilled |

=

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter.  Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: January 04, 2023      By:    s/Michael A. Hierl_____
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
BIGFOOT 4x4, INC

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 04, 2023.


    s/Michael A. Hierl