**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BIGFOOT 4X4, INC, | |
| Plaintiff, | Case No. 22-cv-5743 |
| v. | Judge Virginia M. Kendall |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff and Defendant No. 185 "Shenzhenshi Haimanjie Keji Youuxiangongsi" ("Defendant"), acting through counsel, hereby agree to and move this Court for entry of the Consent Judgment attached hereto.

Date: January 13, 2023

/s/ *Michael A. Hierl*
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison, Suite 400
Chicago, Illinois 60602
(312) 580-0100
mhierl@hsplegal.com

/s/ *Yong Chen*
Yong Chen, Esq.
Liu, Chen & Hoffman LLP
One Penn Plaza, Suite 2508
New York, NY 10119
212-547-6694
ychen@ambizlaw.com

Attorneys for Plaintiff
BIGFOOT 4X4, INC

Attorney for Defendant No. 185
"Shenzhenshi Haimanjie Keji Youuxiangongsi"

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing

Motion was filed electronically with the Clerk of the Court and served on all counsel of record

and interested parties via the CM/ECF system on January 13, 2023.

                            <u>  s/Michael A. Hierl       </u>